# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Javier Reyes-Corrales,<br>a.k.a.: Javier Reyes,<br>a.k.a.: Edgardo Espinoza-Reyes,<br>(A200 897 958)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17-325MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 8, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Javier Reyes-Corrales, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about January 27, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
Reviewed by: Charles E. Bailey, P.S. for AUSA Sheila Phillips

☒ Continued on the attached sheet.

*Complainant's signature*
Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 11, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 8, 2017, Javier Reyes-Corrales was booked into the Maricopa County Jail (MCJ) by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Reyes-Corrales was examined by ICE Officer J. Elliot who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 9, 2017, Reyes-Corrales was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Reyes-Corrales was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Javier Reyes-Corrales to be a citizen of Mexico and a previously deported criminal alien. Reyes-Corrales was removed from the United States to Mexico through Del Rio, Texas, on or about January 27, 2017,

1

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Reyes-Corrales in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Reyes-Corrales's immigration history was matched to him by electronic fingerprint comparison.

4. On August 9, 2017, Javier Reyes-Corrales was advised of his constitutional rights. Reyes-Corrales freely and willingly acknowledged his rights and agreed to provide a statement under oath. Reyes-Corrales stated that his true and complete name is Javier Reyes-Corrales and that he is a citizen of Mexico. Reyes-Corrales stated that he illegally entered the United States on "1-Julio-2017," through "aguaprieta," without inspection by an immigration officer. Reyes-Corrales further stated that he had been removed from the United States to Mexico on one occasion, and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 8, 2017, Javier Reyes-Corrales, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

Del Rio, Texas, on or about January 27, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Rene A. Lopez,
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 11th day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge